IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FEDERAL NATIONAL MORTGAGE ASSOCIATION,
   Plaintiff,

v.

SABRINA LYNN AMADOCOE OR OCCUPANT,
   Defendant.

CIVIL ACTION FILE
NO. 1:12-CV-90-TWT

ORDER

     This is a dispossessory action wrongfully removed for the second time from the Magistrate Court of DeKalb County. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending remanding the action for lack of subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of DeKalb County. I also adopt the Magistrate Judge's recommendation regarding requiring the Defendant to post a bond in the amount of $10,000.00 upon the filing of any actions relating to the dispossessory proceeding.

SO ORDERED, this 16 day of February, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge